IN THE MATTER OF:

DONALD JASON LEWIS

CASE NO. 05-65549-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DONALD JASON LEWIS 11870 E OUTER DR DETROIT, MI 48224-0000 SSN: XXX-XX-3585 | N/A | N/A | DEBTOR REFUND | 1284725 | 7/30/10 | $ 1.53 |

DATED: August 12, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930     527 4821
DETROIT, MICHIGAN 48231-1930

0565549 00000 07/14 1284725
CLERK OF US BANKRUPTCY COURT
& DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 07/30/2010                                                      Check No: 1284725
Payee: CLERK OF US BANKRUPTCY COURT

| 0565549 | DONALD JASON LEWIS | | | 1.53 | 0.00 | 1.53 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM 00000 TYPE: | Balance: | 0.00 | | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

**CHECK NO. 1284725**
SunTrust Bank

**FOR**   DONALD JASON LEWIS
BK 0565549 ACCT:
PRIN.        1.53   INT:        0.00

**DATE: Jul 30, 2010**

**AMOUNT**
**********1.53**

**PAY**   1.53
One And 53 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $1.53
VOID 90 DAYS AFTER DATE

**TO**
**THE**
**ORDER**
**OF**

CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DONALD JASON LEWIS

CASE NO. 05-65549-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**WALTER A METZEN**
**645 GRISWOLD ST #3156**
**DETROIT, MI 48226-4105**

**Last Known Address for Debtor:**

**DONALD JASON LEWIS**
**11870 E OUTER DR**
**DETROIT, MI 48224**

DATED: August 12, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100